IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | |
|---|---|
| Byron Simmons, | ) |
| | ) C.A. No. 5:11-1426-TLW-JRM |
| Plaintiff, | ) |
| | ) |
| vs. | ) ORDER |
| | ) |
| Science International Applications Corp., | ) |
| | ) |
| Defendant. | ) |

This matter is now before the undersigned for review of the Report and Recommendation ("the Report") filed by United States Magistrate Judge Joseph R. McCrorey, to whom this case had previously been assigned pursuant to 28 U.S.C. § 636(b) and Local Rule 73.02(B)(2) (D.S.C.). In his Report, Magistrate Judge McCrorey recommends that the Defendant's motion to dismiss Plaintiff's defamation claim (Doc. # 6) be granted, and that Defendant's motion to dismiss Plaintiff's negligent supervision claim (Doc. # 7) be granted. The Report was filed on February 13, 2012. Plaintiff has filed no objections to the Report.

This Court is charged with conducting a de novo review of any portion of the Magistrate Judge's Report to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that report. 28 U.S.C. § 636. No objections have been filed to the Report. In the absence of objections to the Report and Recommendation of the Magistrate Judge, this Court is not required to give any explanation for adopting the recommendation. See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

A review of the record indicates that the Report accurately summarizes this case and the

1

applicable law. For the reasons articulated by the Magistrate Judge, it is hereby **ORDERED** that the Magistrate Judge's Report is **ACCEPTED** (Doc. # 22), Defendant's motion to dismiss Plaintiff's defamation claim (Doc. # 6) is **GRANTED**, and Defendant's motion to dismiss Plaintiff's negligent supervision claim (Doc. # 7) is **GRANTED**.

    **IT IS SO ORDERED**.

                                            s/ Terry L. Wooten
                                            TERRY L. WOOTEN
                                            UNITED STATES DISTRICT JUDGE

March 7, 2012
Florence, South Carolina