IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | | |
|---|---|---|
| Byron Simmons, | ) | C/A No.: 5:11-1426-TLW-SVH |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| Science Applications International Corp., | ) | |
| Defendant. | ) | |

This matter comes before the court upon Defendant's counsel's Motion to Substitute [Entry #29] Peter B. Murphy and Luci L. Nelson of Ogletree, Deakins, Nash, Smoak & Stewart, P.C. in place of Frederick F. Fisher, formerly of Ogletree, Deakins, Nash, Smoak & Stewart, P.C., as attorneys of record for Defendant Science Applications International Corp. The court grants the motion. Attorney Eric C. Schweitzer of Ogletree, Deakins, Nash, Smoak & Stewart, P.C. will continue representing Defendant.

The clerk is instructed to substitute Peter B. Murphy and Luci L. Nelson in place of Frederick F. Fisher as counsel of record for Defendants in these proceedings.

IT IS SO ORDERED.

*Shiva V. Hodges*

May 4, 2012
Columbia, South Carolina

Shiva V. Hodges
United States Magistrate Judge

1